# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
NOV 04 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America
v.
JOSE RIOS, A.K.A., "PITINO,"

*Defendant*

Case No. 1:11-MJ-00233

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JOSE RIOS, A.K.A., "PITINO," who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Date: 11-4-11

*Issuing officer's signature*

City and state: Fresno, CA

The Hon. Lawrence J. O'Neill, U.S. District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/4/2011, and the person was arrested on *(date)* 11/3/2011
at *(city and state)* RIVERBANK, CA

Date: 11/4/2011

*Arresting officer's signature*

S. SANCHEZ / SA
*Printed name and title*